

**U.S. Department of Justice**
United States Attorney
Southern District of Texas

*1000 Louisiana Street, Suite 2300*      *Telephone: (713) 567-9102*
*Houston, Texas 77002*                        *Fax: (713) 718-3302*

February 14, 2025

The Hon. Lyle W. Cayce, Clerk
United States Court of Appeals
for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

      Re:   *United States v. Gaviola*, No. 24-20308—Extension Request

Dear Mr. Cayce:

The United States' response brief in this case is due on February 18, 2025. I respectfully request a 15-day extension of time—to March 5, 2025—to file the brief. This is the government's first extension request, and defense counsel is unopposed.

Rene Fernandez Gaviola pleaded guilty to a 16-count indictment relating to health care fraud. The district court sentenced him to an aggregate term of 120 months of imprisonment. Gaviola has appealed his sentence, claiming that it is substantively unreasonable.

Since the defendant filed his brief, I have filed the United States' response briefs in this Court in *United States v. Williams*, No. 24-20074, and *United States v. Stanfield*, No. 24-40173. I am currently working on a time-sensitive sealed matter in the district court in *United States v. Constantinescu*, SDTX No. 4:22-cr-00612-8. I am also responsible for researching, writing, and filing the government's response briefs in *United States v. Carcasses*, No. 24-40552, and *United States v. Ramos*, No. 24-20365, as well as a government's appellant brief in *United States v. Palomares*, No. 25-40026. This work is in addition to my extensive trial

assistance, participation in moot courts, review of draft briefs for appellate colleagues, and miscellaneous duties relating to my position.

I am mindful of this Court's objective of promptly resolving pending appeals, and do not seek this extension for purposes of delay, but to ensure adequate time to prepare a helpful brief for this Court. Therefore, I respectfully request a 15-day extension until March 5, 2025.

Sincerely,

/s/ *Anna E. Kalluri*
Anna E. Kalluri
Assistant United States Attorney

cc: Attorney Josh Norrell via CM/ECF